```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                :

VICTORIANO TAVAREZ, *Individually, and On*     :
*Behalf of All Others Similarly Situated*,          :
                                                :               1:21-cv-9997-GHW
                       Plaintiff,     :
                                                :                   <u>ORDER</u>
                   -against-          :

OASIS SNACKS LLC,                      :
                                     Defendant.   :
---------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

       In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than March 11, 2022.  Dkt. No.5.  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than March 15, 2022.

       Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.

       SO ORDERED.

Dated:  March 14, 2022
New York, New York                    _____
                                       GREGORY H. WOODS
                                     United States District Judge